**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **BAILEY ROMERO** | * | **CIVIL ACTION NO. 2:15-CV-01682** |
| | * | |
| **v.** | * | |
| | * | **JUDGE WALTER** |
| **NEXEN PETROLEUM USA, INC.,** | * | |
| **ET AL** | * | |
| | * | **MAGISTRATE JUDGE KAY** |
| | * | |
| | * | |

*****************************************************************************

**JUDGMENT**

For the reasons stated in the Report and Recommendation (Rec. Doc. 25) of the Magistrate Judge previously filed herein, after an independent review of the record, noting the lack of objections; a *de novo* determination of the issues; and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(5) or Alternatively, Motion to Set Aside Entry of Default Pursuant to Federal Rule of Civil Procedure 55(c) is hereby **GRANTED** on the basis of the first alternative, and that the claims against Wood Group P S N, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 6th day of December, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE